NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DALE C. MATTINGLY,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-1265

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-3640, Judge Coral Wong Pietsch.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                                    MATTINGLY v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                    FOR THE COURT


October 3, 2022                     /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** October 3, 2022